# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130122
(17)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DENNIS P. FRITZ,
      Plaintiff-Appellee,

v

                                     SC: 130122
                                     COA: 264378
                                     WCAC: 04-000107

YELLOW TRANSPORTATION, INC.,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of March 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



l0522

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006                                              
                                                   Clerk